# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MONTIJO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM SERVICES LLC,<br><br>　　　　Defendant. | Case No. 1:22-cv-00084-DAD-SAB<br><br>ORDER RE STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND SET BRIEFING SCHEDULE<br><br>(ECF Nos. 4, 10) |

　　　　Plaintiff Luis Montijo initiated this action against Defendant Amazon.com in the Stanislaus County Superior Court on December 10, 2021. (ECF No. 1-2.) On January 20, 2022, Defendant removed the action to this Court. (ECF No. 1.) The next day, the parties stipulated to extend Defendant's time to respond to the complaint by twenty-eight days pursuant to Local Rule 144. (ECF No. 6.) Defendant's response is currently due February 24, 2022.

　　　　On February 17, 2022, the parties submitted a stipulated proposed briefing schedule that anticipates a motion to dismiss, transfer, or stay this action, and requested the Court continue the scheduling conference currently set for March 18, 2022 (see ECF No. 4), to be set upon further order of the Court, with the parties' joint scheduling report to be filed within fourteen days of the Court's ruling on the anticipated motion. (ECF No. 10.) The Court finds good cause exists to approve the stipulated request. However, the Court shall continue the scheduling conference set for March 18, 2022, to October 4, 2022.

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opposition to Defendant's anticipated motion on or before **March 17, 2022**;

2. Defendant's reply shall be filed on or before **March 31, 2022**;

3. The scheduling conference set for March 18, 2022, is CONTINUED to **October 4, 2022, at 10:00 a.m.** in Courtroom 9; and

4. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference

IT IS SO ORDERED.

Dated:   **February 17, 2022**

UNITED STATES MAGISTRATE JUDGE