# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MONTIJO,<br><br>            Plaintiff,<br><br>       v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>            Defendant. | Case No. 1:22-cv-00084-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF Nos. 11, 22) |

A scheduling conference is currently set for October 4, 2022. (ECF No. 11.) On February 24, 2022, Defendant filed a motion to change venue, to dismiss, and to stay this action. (ECF No. 13.) On August 24, 2022, this action was reassigned to District Judge Ana de Alba. (ECF No. 19.) On September 8, 2022, the parties filed a stipulated motion to continue the scheduling conference until January 30, 2023, in light of the pending motion. (ECF No. 22.) The Court finds good cause to grant the request. The Court shall continue the conference for approximately 90 days. The parties are informed that the Court monitors upcoming scheduling conferences for readiness, and will *sua sponte* continue the conference further if the motion is still pending, and the parties need not file a stipulated motion.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion is GRANTED;
2. The scheduling conference currently set for October 4, 2022, is CONTINUED to January 10, 2023, at 1:30 p.m. in Courtroom 9; and
3. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **September 8, 2022**

UNITED STATES MAGISTRATE JUDGE